UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MATTIE L. SMITH                                                                                  PLAINTIFF

v.                                                                       Civil No. 4:18-cv-00165-GHD-JMV

MISSISSIPPI DEPARTMENT OF CHILD
PROTECTIVE SERVICES, *et al.*                                                              DEFENDANTS

## SUMMARY JUDGMENT

For the reasons set forth in the memorandum opinion issued this day, the Court ORDERS that:

1. Defendants Mississippi Department of Child Protective Services, Jess Dickinson, and Misty McCammon's motion for summary judgment [33] is GRANTED;

2. Summary judgment is entered in favor of Defendants on all of Plaintiff Mattie Smith's claims; and

3. This case is CLOSED.

SO ORDERED, this, the 16 day of September, 2019.

_____
SENIOR U.S. DISTRICT JUDGE